NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

DANIEL RAE WILSON, *Petitioner*.

No. 1 CA-CR 24-0182 PRPC

FILED 05-15-2025

Petition for Review from the Superior Court in Mohave County

No. CR-2020-01339
The Honorable Richard D. Lambert, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Mohave County Attorney's Office, Phoenix
By Matthew J. Smith
*Counsel for Respondent*

Daniel Rae Wilson, Eloy
*Petitioner Pro Se*

---

## MEMORANDUM DECISION

Presiding Judge Anni Hill Foster, Judge Michael J. Brown, and Judge Paul J. McMurdie delivered the following decision.

---

**PER CURIAM:**

**¶1**　　　　Petitioner Daniel Rae Wilson seeks review of the superior court's order denying his petition for post-conviction relief. This is Wilson's first petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is Petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that Petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review and deny relief.

